## UNITED STATES *versus* KE-WA-BISH-KIM, AN INDIAN OF THE MENOMINI NATION

JOURNAL ENTRIES (1821): *Journal 3:* (1) Indictment presented *p. 158; (2) interpreters sworn *p. 158; (3) attorneys assigned, copies of indictment, etc., ordered furnished *p. 159; (4) prisoner ordered brought to bar *p. 177; (5) interpreter sworn, appearance *p. 178; (6) motion to quash indictment overruled *p. 178; (7) arraignment, plea, jury impaneled *p. 178; (8) interpreter sworn *p. 178; (9) verdict, jury polled *p. 179; (10) person to attend jury sworn *p. 179; (11) interpreter sworn

*p. 179; (12) prisoner ordered remanded *p. 179; (13) notice of motion in arrest *p. 179; (14) attendance of witnesses proved *p. 182; (15) attendance of witness proved *p. 186; (16) attendance of witnesses proved *p. 187; (17) commitment withdrawn *p. 217-e; (18) attendance of witness and interpreter proved *p. 231; (19) motion to show cause, if any, against sentence *p. 234; (20) death sentence *p. 244; (21) sheriff ordered to carry sentence into execution *p. 244; (22) attendance and mileage of witness proved *p. 251.

PAPERS IN FILE: (1) Examination of Ke-wa-bish-kim; (2) testimony of Ebenezer Childs, Louis Ducharme and Luc LaBorde; (3) letter from Robert Irwin, Jr., J.P., to Clerk of Supreme Court; (4) recognizance to appear and testify; (5) indictment; (6) precipe for subpoena; (7) subpoena; (8) panel of jurors; (9) subpoena; (10) reasons for arrest of judgment; (11) letter from acting governor re transcript of proceedings; (12) form of oath to be administered to witnesses and of questions to jury on return of verdict.

*1821 Calendar*, MS p. 110. Recorded in *Criminal Record A*, MS pp. 1–6.